CECILE SNYDER, Respondent, v. GREGORY DRACON and Another, Defendants, Impleaded with THREE THIRTY WEST EIGHTY-SIXTH STREET CORPORATION,

*Affd., 264 N. Y. 518.

Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.